IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD BURKE PAIGE                                                                                PLAINTIFF

v.                                      Case No. 5:14-cv-00033-KGB

RAY HOBBS, Director,
Arkansas Department of Correction                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 13) and Petitioner Richard Burke Paige's objections (Dkt. No. 16).  After carefully considering the objections and making a *de novo* review of the record in this case, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order.  In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).  The Court finds no issue on which Mr. Paige has made a substantial showing of a denial of a constitutional right. Thus, the Court declines to issue a certificate of appealability.

Accordingly, the Court dismisses with prejudice Mr. Paige's petition (Dkt. No. 2).  The Court denies the requested relief.

SO ORDERED this 11th day of May, 2015.

_____
Kristine G. Baker
United States District Judge