**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RICHARD BURKE PAIGE**                                                                                **PLAINTIFF**

**v.**                                    **Case No. 5:14-cv-00033-KGB**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered in this matter on this day, the Court dismisses with prejudice this case. The Court denies a certificate of appealability.

SO ADJUDGED this 11th day of May, 2015.

_____
Kristine G. Baker
United States District Judge